**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Brian WILLIAMS, Defendant/Appellant.**

**No. 60459.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1992.

Marcie W. Bower, Columbia, for defendant, appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

### ORDER

PER CURIAM.

Defendant was convicted by a jury of attempted robbery in the second degree and assault in the third degree. He was sentenced by the court as a class X offender to seven years imprisonment on the attempted robbery count. The jury recommended a fine to be set by the court on the assault count; the court set the fine at $100. He appeals; we affirm. We have reviewed the record and find the claims of error are without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order pursuant to Rule 30.25(b).

**In the Interest of T.D. and T.S.**

**JUVENILE OFFICER, Respondent,**

v.

**K.S. (Natural Mother), Appellant.**

**No. WD 45398.**

Missouri Court of Appeals,
Western District.

July 14, 1992.

Gary L. Leftridge, Kansas City, for appellant.

Suzanne A. Block, Kansas City, for respondent Juvenile Officer.

Dale Godfrey, guardian ad litem.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Appeal from an order terminating parental rights pursuant to § 211.447, RSMo 1986.

Affirmed. Rule 84.16(b).